UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELINA GUNDY,

    Plaintiff,

v.                            Case No:  2:14-cv-216-FtM-38CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Defendant, Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. #20) filed on October 17, 2014.  The Commissioner moves the Court to remand the instant case pursuant to 42 U.S.C. § 405(g) sentence four for an Administrative Law Judge (ALJ) to reevaluate the conclusion at step four of the sequential evaluation process regarding the ability of the Plaintiff to perform past relevant work, and if necessary to obtain evidence from a vocational expert.  The Plaintiff does not oppose the request to remand.

Because good cause has been shown to remand this case and the motion is unopposed, the case will be remanded to the Commissioner for further evaluation by an ALJ.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

The Defendant, Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. #20) is **GRANTED**.

(1) The decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) sentence four.

(2) Upon remand the Commissioner shall update the medical evidence, including requesting evidence from a medical expert in orthopedics, if warranted and available, further consider the Plaintiff's residual functional capacity through the period at issue, reevaluate the conclusion at step four of the sequential evaluation process regarding the ability to perform past relevant work, and if necessary, obtain evidence form a vocational expert to clarify the effects of the assessed limitations on the occupational base. The ALJ will then enter a new decision.

(3) The Clerk of the Court will enter judgment accordingly, terminate any pending motions and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record